1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10   RONNIE PICKENS,                    )   CASE NO. CV 11-8651-RGK (PJW)
                                        )
11              Petitioner,             )
                                        )   ORDER ACCEPTING REPORT AND
12         v.                           )   RECOMMENDATION OF UNITED STATES
                                        )   MAGISTRATE JUDGE AND DENYING
13   MATTHEW CATE,                      )   CERTIFICATE OF APPEALABILITY
                                        )
14              Respondent.             )
     _____)

15

16         Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17   Petition, records on file, and the Report and Recommendation of the

18   United States Magistrate Judge.  Further, the Court has engaged in a

19   *de novo* review of those portions of the Report to which Petitioner has

20   objected.  The Court accepts the findings and recommendation of the

21   Magistrate Judge.

22         Further, for the reasons stated in the Report and

23   Recommendation, the Court finds that Petitioner has not made a

24   substantial showing of the denial of a constitutional right and,

25   therefore, a certificate of appealability is denied.  *See* Rules

26   Governing Section 2254 Cases in the United States District Courts,

27

28

1    Rule 11(a); 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El*

2    *v. Cockrell*, 537 U.S. 322, 336 (2003).

3

4    DATED:    <u>August 22, 2012</u>.

5

6                                          _____

7                                          R. GARY KLAUSNER
                                           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    C:\Temp\notesE1EF34\LA11CV08651RGK-O 8-22-12.wpd