UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONNIE PICKENS,                    )   CASE NO. CV 11-8651-RGK (PJW)
                                   )
            Petitioner,            )
                                   )   J U D G M E N T
      v.                           )
                                   )
MATTHEW CATE,                      )
                                   )
            Respondent.            )
_____)

     Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

     DATED:   August 22, 2012.

                              _____
                              R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA11CV08651RGK-J 8-22-12.wpd